AO 442 (Rev. 5/93) Warrant for Arrest

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 21 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

# United States District Court

DISTRICT OF  HAWAII

UNITED STATES OF AMERICA

V.

KAZUTAKA KANIWA

## WARRANT FOR ARREST

CR 03-277 HG

CASE NUMBER: MAG. NO. 03-349 KSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___KAZUTAKA KANIWA___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspire to knowingly and with the intent to defraud use one or more unauthorized access devices during a one-year period, and by such conduct obtain things with an aggregate value of more than $1,000.00

in violation of
Title  18  United States Code, Section(s)  371 and 1029(a)(2)

Kevin S.C. Chang                              United States Magistrate Judge
Name of Issuing Officer                       Title of Issuing Officer

[signature]                                   May 19, 2003  Honolulu, Hawaii
Signature of Issuing Officer                  Date and Location

Bail fixed at $ _to be determined_ by _____
                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 05/20/03 | | |
| DATE OF ARREST | Scott Riddick | [signature] Scott Riddick |
| 05/19/03 | | |

This form was electronically produced by Elite Federal Forms, Inc.